IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WDC ACQUISITION LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARKEMA INC.,<br><br>Defendant. | Civil Action No. 4:23-cv-00481-SMR-WPK<br><br><br>**CORPORATE DISCLOSURE AND STATEMENT OF INTEREST** |

As required by LR 7.1, Plaintiff in this case, WDC Acquisition LLC ("WDC"), provides the following information to the court:

A. The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to WDC as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in WDC's outcome in the case:

> TRM WD Acquisition LLC
> TRM WD Holdings LLC
> TRM Equity Fund II LP
> TRM II GP LP
> Strategies+ TRM Equity Fund II Access Fund, LLC
> SFT Private Equity LLC (2021)
> Shea Ventures LLC
> Five Lakes Capital LLC
> Eardley Family Investments LLC
> LC Vero Fund II LLC
> SCT 2022 LLC
> SA Investment Partnership VIII LLC
> Big Trees Partners
> RKM Private Equity Holdings LLC
> Bernard M. Kamps Revocable Trust
> Ann M. Jankowski Living Trust
> The Parks Trust

Fletcher Family Living Trust
Pacific Premier Trust Custodian FBO Michael Kim IRA
Mozart Holdings LLC
K4 Capital Partners, LLC
Tallac Partners LLC

B. With respect to each entity named in response to (A), the following describes its connection to or interest in the litigation, or both:

TRM WD Acquisition LLC is directly impacted financially in the outcome of the case as the immediate parent of WDC. The remaining entities in (A) have indirect interests in the litigation as holders of equity interests in the tiered limited liability companies and/or limited partnerships affiliated with TRM WD Acquisition LLC in its capacity as the immediate parent of WDC.

Dated: December 19, 2023         Respectfully submitted,

By: /s/ *Blake R. Hanson*
Blake R. Hanson  AT0012696
Benjamin J. Kenkel  AT0014368
BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309-8004
PHONE: (515) 246-5853
PHONE: (515) 246-5891
FAX:     (515) 246-5808
E-mail: hanson.blake@bradshawlaw.com
E-mail: kenkel.benjamin@bradshawlaw.com

ATTORNEYS FOR PLAINTIFF

      Charles M. Denton, Esq. (*Pro Hac Vice*)
      Scott M. Watson, Esq. (*Pro Hac Vice*)
      Barnes & Thornburg, LLP
      171 Monroe Ave NW, Ste. 1000
      Grand Rapids, MI 49503
      PHONE: (616) 742-3974
      PHONE: (616) 742-3991
      E-mail: charles.denton@btlaw.com
      E-mail: scott.watson@btlaw.com

      ATTORNEYS FOR PLAINTIFF

      Todd C. Toral, Esq. (*Pro Hac Vice Pending*)
      Jenner & Block, LLP
      515 S. Flower Street, Ste. 3300
      Los Angeles, CA 90071
      PHONE: (213) 239-2294
      E-mail: TToral@jenner.com

      ATTORNEYS FOR PLAINTIFF

Copy to:

Kerrie M. Murphy
Julie T. Bittner
MWH Law Group LLP
1501 - 42nd Street, Suite 465
West Des Moines, IA  50266-1090
E-Mail:  kerrie.murphy@mwhlawgroup.com
E-Mail:  julie.bittner@mwhlawgroup.com

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective mailing/email address as disclosed by the pleadings of record herein, on the 19TH day of December, 2023, by:

☐ US MAIL      ☐ EMAIL
☐ EDMS      ☒ CM/ECF
☐ SHAREFILE      ☐ OTHER _____

/s/  LORI O'CONNOR